IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DIANA G. JOHNSON                                                                                       PLAINTIFF

vs.                                              Civil No. 6:22-cv-06004

COMMISSIONER, SOCIAL                                                                           DEFENDANT
SECURITY ADMINISTRATION

## JUDGMENT

    Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **ENTERED this 11th day of January 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE